```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

METROPOLITAN REGIONAL COUNCIL    :     CIVIL ACTION
OF CARPENTERS, SOUTHEASTERN      :
PENNSYLVANIA, STATE OF DELAWARE  :
AND EASTERN SHORE OF MARYLAND    :
                                 :
          v.                     :
                                 :
ELLIOT-LEWIS CORPORATION         :     NO. 13-1658
```

ORDER

AND NOW, this 16th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Metropolitan Regional Council of Carpenters, Southeastern Pennsylvania, State of Delaware and Eastern Shore of Maryland for summary judgment (Doc. #11) with respect to its complaint and defendant's counterclaim is DENIED; and

(2) the motion of defendant Elliot-Lewis Corporation for summary judgment with respect to its counterclaim and plaintiff's complaint (Doc. #12) is GRANTED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                       J.