IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| METROPOLITAN REGIONAL COUNCIL OF CARPENTERS, SOUTHEASTERN PENNSYLVANIA, STATE OF DELAWARE AND EASTERN SHORE OF MARYLAND | : | CIVIL ACTION |
| v. | : | |
| ELLIOT-LEWIS CORPORATION | : | NO. 13-1658 |

ORDER

AND NOW, this 16th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Metropolitan Regional Council of Carpenters, Southeastern Pennsylvania, State of Delaware and Eastern Shore of Maryland for summary judgment (Doc. #11) with respect to its complaint and defendant's counterclaim is DENIED; and

(2) the motion of defendant Elliot-Lewis Corporation for summary judgment with respect to its counterclaim and plaintiff's complaint (Doc. #12) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.